FLORENCE HAMPE, Respondent, v. RUTH DUBOIS and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants

to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.